Jack Garyth Poulson, Esq.
Attorney for Plaintiff
POULSON & WOOLFORD, LLC
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529
jack@poulsonwoolford.com

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA
### AT ANCHORAGE

| | |
|---|---|
| BRANDON LEICHENTRITT, ) | Case No. 3:19-CV-           (      ) |
| ) | |
| Plaintiff, ) | AT LAW AND AT ADMIRALTY |
| ) | |
| v. ) | |
| ) | |
| ARCTIC ICE FISHERIES, LLC, *in* ) | |
| *personam*, and the F/V MARINE STAR, ) | |
| Official Number 527893, her engines, ) | |
| machinery, gear, cargo, fishing rights ) | SEAMANS COMPLAINT |
| and appurtenances *in rem*, ) | WITHOUT PREPAYMENT OF COSTS, |
| ) | 28 U.S.C. §1916 |
| Defendants. ) | |
| ) | JURY TRIAL REQUESTED |

Plaintiff, BRANDON LEICHENTRITT, through counsel, Poulson & Woolford, in association with the Law Office of Neil T. Lindquist, alleges against the above-named defendants as follows:

**PRELIMINARY ALLEGATIONS**
(Parties, Jurisdiction and Venue)

1. Plaintiff Brandon Leichentritt (hereinafter, "Plaintiff"), brings and maintains this action pursuant to 28 U.S.C. §1333; The Jones Act (46 U.S.C. § 688), U.S. Const. Art. III, sec 2, and the general maritime law.

2. Plaintiff seeks relief under statutory and general maritime laws of the United States of America. He brings this matter for personal injuries to a seaman without prepayment of costs pursuant to 28 U.S.C. 1916.

COMPLAINT
Leichentritt v. Arctic Ice Fisheries, LLC et. al.
Page 1 of 5

Case 3:19-cv-00291-JWS   Document 1   Filed 11/12/19   Page 1 of 5

POULSON & WOOLFORD, LLC
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529 Fax: (907) 586-6329

3. At the time of the events leading to this action, Plaintiff was employed by defendant ARCTIC ICE FISHERIES, LLC. (hereinafter, "Defendant"), as a crewmember of the F/V MARINE STAR (hereinafter, the "Vessel"), operating in and near Cordova, Alaska. All material events occurred within navigable waters in the Third Judicial District of Alaska.

4. At all times relevant Plaintiff was a seaman employed by Arctic Ice Fisheries, LLC, aboard the F/V MARINE STAR.

5. Defendant Arctic Ice Fisheries, LLC is an Alaska Corporation with its principal place of business in Seward, Alaska. Arctic Ice Fisheries owned the MARINE STAR, Official Number 537893. At all relevant times, the vessel was in Alaska waters.

6. This is a seaman's personal injury claim. This Court has subject matter jurisdiction pursuant to the Jones Act, 46 U.S.C. 30104, and general maritime law.

7. Venue is proper in this Court, which is an eligible forum within the meaning of 45 U.S.C. 56, in that defendants are doing business in Alaska, and a substantial portion of the alleged actions and omissions occurred in Alaska.

## FACTS

8. In June of 2018, Defendant employed Plaintiff to serve as a deckhand aboard the F/V MARINE STAR.

9. On or about August 15, 2019, Plaintiff and the Vessel's Captain were the only two crew members aboard the Vessel. Plaintiff, while in the course and scope of his employment, slipped on an unsafe surface and fell while pushing a loaded ice tote across the Vessel's deck. Plaintiff's lower back was severely injured.

10. Plaintiff reported the incident and his pain to the Captain immediately, and several times afterwards. Plaintiff was told to "suck it up" and not to worry because everyone has aches and pains.

11. Plaintiff completed the season and sought medical treatment after returning home on October 23, 2018.

COMPLAINT
Leichentritt v. Arctic Ice Fisheries, LLC et. al.
Page 2 of 5

Case 3:19-cv-00291-JWS   Document 1   Filed 11/12/19   Page 2 of 5

POULSON & WOOLFORD, LLC
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529 Fax: (907) 586-6329

12. As a consequence of his shipboard injury, Plaintiff sustained serious permanent injuries for which he is still treating. He has undergone extensive medical treatment including a lumbar spine surgery and physical therapy. Plaintiff is permanently impaired and may require an additional surgery.

**FIRST CAUSE OF ACTION**
(Unseaworthiness)

13. Plaintiff incorporates all of the foregoing allegations by reference.

14. This action arises under the general maritime law of the United States. By operation of law, Defendant, Arctic Ice Fisheries warranted to Plaintiff that its Vessel, and all of its appurtenances, crew, procedures and gear, were reasonably fit for their intended service in the trade in which it was engaged.

15. Defendants breached the warranty in that the vessel, its appurtenances, crew, procedure, and/or gear were not reasonably fit.

16. As a result of the unseaworthiness of the vessel, plaintiff sustained serious and permanent physical injury. Damages include but are not limited to: past and future medical and related expenses, past and future pain and suffering, past and future loss of enjoyment of life, past and future mental and emotional distress, loss of past and future income, and diminished earning capacity, for which he is entitled to compensation.

**SECOND CAUSE OF ACTION**
(Jones Act Negligence)

17. Plaintiff incorporates all of the foregoing allegations by reference.

18. This action arises under the Merchant Marine Act of 1920, commonly known as the Jones Act.

19. Defendants were negligent by, among other things, causing, allowing, and permitting the said vessel and her appurtenances to be operated in such a manner as to unreasonably endanger Plaintiff's safety; failing to provide Plaintiff with

COMPLAINT
Leichentritt v. Arctic Ice Fisheries, LLC et. al.
Page 3 of 5

Case 3:19-cv-00291-JWS   Document 1   Filed 11/12/19   Page 3 of 5

adequate medical care; ordering Plaintiff to continue performing duties while injured despite said injuries having been reported to Defendant, documented by Defendant, and known to Defendant; failing to provide a seaworthy vessel and a safe method of operation; failing to provide Plaintiff with a safe place in which to work; failing to promulgate and enforce proper and safe rules of seamanship in the supervision and conduct of the work; failing to provide sufficient and competent officers and co-employees; failing to supply proper gear and equipment, and to inspect and maintain the same in proper order.

20. As a result of Defendants' breach, Plaintiff sustained serious and permanent physical injury. Damages include but are not limited to: past and future medical and related expenses, past and future pain and suffering, past and future loss of enjoyment of life, past and future mental and emotional distress, loss of past and future income, and diminished earning capacity, for which he is entitled to compensation.

21. Defendants' negligence contributed in some manner to cause Plaintiff's injuries and the damages he sustained as stated herein.

### THIRD CAUSE OF ACTION
(Maintenance and Cure)

22. Plaintiff incorporates all of the foregoing allegations by reference.

23. This action arises under the general maritime law of the United States.

24. As a result of his shipboard injury, Plaintiff has incurred and will continue to incur medical expenses in an amount to be determined at the time of trial.

25. As a result of the shipboard injury, Plaintiff has been disabled from resuming his employment, and has incurred food and lodging expenses, in an amount to be determined at the time of trial.

26. Defendants, either directly or through their agents, unreasonably denied and willfully withheld payment of maintenance and cure that plaintiff is entitled to receive under maritime law.

COMPLAINT
Leichentritt v. Arctic Ice Fisheries, LLC et. al.
Page 4 of 5

Case 3:19-cv-00291-JWS   Document 1   Filed 11/12/19   Page 4 of 5

POULSON & WOOLFORD, LLC
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529 Fax: (907) 586-6329

27. As a consequence of Defendants' unreasonable actions, Plaintiff's suffering and damages resulting from the injury have been aggravated, increased and prolonged and he is entitled to attorney fees and punitive damages.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff requests judgment against in personam and in rem Defendants, jointly and severally, in an amount exceeding the jurisdictional limit of this Court, the exact amount to be proved at trial, for the following:

1. For a declaration that the Plaintiff holds claim to a preferred maritime lien against the Defendant vessel, her engines, machinery, appurtenances and cargo;
2. For general damages as are reasonable and fair;
3. For such special damages as may be shown by the proof herein;
4. For reasonable attorney fees and costs;
5. For pre-judgment interest on all claims as is in the law provided;
6. For Plaintiff's costs of suit incurred herein;
7. For such other and further relief, including punitive damages, as is met and just in the circumstances.

DATED this 11th day of November, 2019 at Juneau, Alaska.

POULSON & WOOLFORD
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529
jack@poulsonwoolford.com


By: /s/ ***Jack Poulson***
Jack Garyth Poulson
Alaska Bar No. 8711104
Attorney for Plaintiffs

COMPLAINT
Leichentritt v. Arctic Ice Fisheries, LLC et. al.
Page 5 of 5

Case 3:19-cv-00291-JWS   Document 1   Filed 11/12/19   Page 5 of 5